UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>SUMMIT COLLECTIVE, INC. et al.,<br><br>Debtors.[1] | Chapter 11<br><br>Lead Case No. 25-02182-WLH11<br>Jointly Administered<br><br>ORDER APPROVING BID PROCEDURES |

THIS MATTER came before the Court upon the motion (the "Motion") of the Debtors, debtors-in-possession herein, for the entry of two (2) orders:

(a) this order (the "Bid Procedures Order"):

(1) approving bidding procedures (the "Bid Procedures") in connection with the sale of the Debtors' assets as identified by buyer(s) ("Acquired Assets"); and

---

[1] The Debtors, along with their case numbers, are as follows: Summit Collective Incorporated (25-02182) ("Summit") and Rad Power Bikes Inc. (25-02183) ("RAD").

ORDER APPROVING BID PROCEDURES – Page 1

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

25-02182-WLH11    Doc 50    Filed 12/18/25    Entered 12/18/25 15:53:43    Pg 1 of 10

(2) scheduling (a) an auction (the "Auction"), and (b) the date and time of the hearing (the "Sale Hearing") to approve (i) assumption and assignment of executory contracts and unexpired leases; and (ii) sale of the Acquired Assets to the bidder(s) that submitted the successful bid(s) (the "Successful Bid(s)" by the "Successful Bidder(s)"); and

    (b)    an order (the "Sale Order") authorizing:

        (1) the Sale of Acquired Assets free and clear of liens, claims, encumbrances and other interests; and

        (2) Assumption and Assignment of executory contracts and unexpired leases.

Capitalized terms not defined in this Order have their meaning as set forth in the Motion. The court has reviewed the files and records herein and finds that it necessary and appropriate to establish bid procedures to govern the submission of competing bids for the Acquired Assets. Therefore, it is hereby

**<u>ORDERED as follows:</u>**

1. The Motion [ECF No. 14] is granted with respect to the relief sought as to Bid Procedures as set forth herein.

2. <u>Sale Hearing</u>. The Sale Hearing will be held by the court on Friday, January 30, 2026 at 10:00 a.m.

3. <u>Notice of Bid Procedures</u>. The Debtors must serve this Bid Procedures Order, including Exhibit A, as soon as practicable upon:

    a.    the United States Trustee;

    b.    counsel for any Committee;

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

2912 ij20820016f
25-02182-WLH11    Doc 50    Filed 12/18/25    Entered 12/18/25 15:53:43    Pg 2 of 10

c. parties who have filed with the Court a request for notices in this case;

d. parties on the limited-service list pursuant to the court's Case Management Order; and

e. persons or entities that have expressed to the Debtors an interest in acquiring the Acquired Assets during the past twelve months or which Debtors reasonably believe may have an interest in bidding for the Acquired Assets.

4. <u>Bid Procedures; Auction</u>. Following entry of this Order, the Debtors will be entitled to solicit offers for the Acquired Assets pursuant to the Bid Procedures attached hereto as Exhibit A.

5. <u>Additional Notices and Deadlines</u>. The following dates and deadlines are approved with respect to each respective "Event" listed below:

| Event | Proposed Dates & Deadlines |
|---|---|
| Deadline to provide Bid Procedures Order and Bid Procedures to Interested Parties | As soon as practicable |
| Deadline to file and serve Notice of Sale Hearing and Assumption and Assignment/Cure Notice | Wednesday, December 31, 2025 |
| Deadline File Objections to Cure Amounts | Wednesday, January 14, 2026 |
| Deadline to file and to provide to interested parties Notice of Stalking Horse Bid, If Any, to include: Purchase Price; Break-Up Fee; Assets Included in the Purchase | Monday, January 12, 2026 |

ORDER APPROVING BID PROCEDURES – Page 3

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

2912 ij2068200h6f

25-02182-WLH11    Doc 50    Filed 12/18/25    Entered 12/18/25 15:53:43    Pg 3 of 10

| Event | Proposed Dates & Deadlines |
|---|---|
| Bid Deadline for All Bids Whether or Not there is a Stalking Horse Bid | Friday, January 16, 2026, 5:00p.m. Pacific Time |
| Deadline to Notify Qualified Bidders of Qualified Bids | Monday, January 19, 2026, 5:00 p.m. Pacific Time |
| Auction (if necessary) | Thursday, January 22, 2026 |
| Deadline to file and serve on counterparties to Contract and Leases Notice of Auction Results with identification of Contract or Leases to be assigned. | First business day after conclusion of the Auction |
| Deadline for Objections to Sale | Wednesday, January 28, 2026, 12:00 p.m. (Noon) Pacific Time |
| Sale Hearing | Friday, January 30, 2026 at 10:00 a.m. |

/ / /End of Order/ / /

Presented by:

BUSH KORNFELD LLP

By /s/ Armand J. Kornfeld
Armand J. Kornfeld, WSBA #17214
Aimee S. Willig, WSBA #22859
Shane E. Creason WSBA #63865
Attorneys for Debtors

ORDER APPROVING BID PROCEDURES – Page 4

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

25-02182-WLH11   Doc 50   Filed 12/18/25   Entered 12/18/25 15:53:43   Pg 4 of 10

# EXHIBIT A
# BID PROCEDURES

## SALE, BIDDING, AND AUCTION PROCEDURES

The Debtors and Hilco will consider a Bid only if it is a "Qualified Bid" (by a "Qualified Bidder").

**A. QUALIFIED BID MUST BE RECEIVED BEFORE FRIDAY, JANUARY 16, 2026, 5:00 P.M., PACIFIC TIME AND MUST:**

(1) include a copy of an Asset Purchase Agreement reflecting the terms and conditions of its bid, which agreement must be redlined to show proposed modifications to the form of Asset Purchase Agreement posted by in the data room established for the sale process;

(2) identify the Qualified Bidder and an officer who is fully and completely authorized to appear and act on behalf of the bidder ("Authorized Representative");

(3) provide for the purchase of identified Acquired Assets;

| (4) Alternative Terms to be Included with a Stalking Horse and if No Stalking Horse: | |
|---|---|
| <u>No Stalking Horse</u><br>set forth the purchase price, payable in cash, assets included in the purchase; | <u>With-Stalking-Horse</u><br>set forth the assets included in the purchase, the purchase price, payable in cash, which purchase price shall be higher and better than the Stalking Horse Purchase Price such that the value to the Debtors' bankruptcy estates and creditors exceeds the Stalking Horse Purchase Price by at least<br>(i) 3% of the Stalking Horse purchase price, i.e. the "Break-Up Fee", ***plus***<br>(ii) $100,000; |

(5) be accompanied by a cash deposit in an amount equal to 10% of the purchase price of (together the "Deposit") contemporaneously submitted via wire per instructions to be provided at bidder's written request to counsel for the Debtors at the contact information set forth in the Bid Procedure Order, refundable in the event the prospective bidder is not the Successful Bidder or the Backup Bidder at the Auction and to be held in trust and administered consistent with these Bid Procedures;

(6) not be subject to any financing, due diligence, inspection contingencies, or any other contingency other than court ("Bankruptcy Court") approval;

ORDER APPROVING BID PROCEDURES – Page 5

Bush Kornfeld llp
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

25-02182-WLH11    Doc 50    Filed 12/18/25    Entered 12/18/25 15:53:43    Pg 5 of 10

(7) identify the Debtors' contracts and leases to be assumed and assigned;

(8) be accompanied by financial information for the prospective bidder, including but not limited to financial statements including the prospective bidder's balance sheet, sufficient to evidence the bidder's creditworthiness and ability to close a sale and perform under any assumed and assigned contracts and leases, provided however, determination that the bidder has met this qualification shall be in the sole discretion of the Debtors;

(9) be open and irrevocable through the conclusion of the Sale Hearing, unless extended by agreement of the parties; and

(10) expressly provides that the party submitting the Bid agrees to be bound by the "Procedures Governing Auction, Bidding Increments, Bids Remain Open", set forth below.

**B.    PROCEDURES GOVERNING AUCTION, BIDDING INCREMENTS, BIDS REMAIN OPEN**

If the Debtors receive one or more Qualified Bids, the Debtors shall conduct an Auction on January 22, 2026 at 10:00 a.m. (Pacific Time), or on such other date and at such other time as the Debtors determine, either in-person or via online platform (e.g., Zoom, Microsoft Teams, etc.), at Debtors' discretion, to be communicated to Qualified Bidders.

The following procedures will apply:

1. The Debtors may accept more than one Successful Bid with such bids applicable to distinct and separate Acquired Assets. Any general reference to a Successful Bid in these Procedures will apply more than one Successful Bid, if applicable.

2. Only the following parties and their counsel shall be permitted to attend the Auction:
   - any Stalking Horse Bidder;
   - Qualified Bidders;
   - the Debtors;

ORDER APPROVING BID PROCEDURES – Page 6

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

25-02182-WLH11    Doc 50    Filed 12/18/25    Entered 12/18/25 15:53:43    Pg 6 of 10

- chair of any official Committee of Unsecured Creditors ("Committee");
-one representative and/or counsel Senior Secured Lender;
-one representative and/or counsel of Subordinated Note Holders.

3. Only the Stalking Horse Bidder (if any) and Qualified Bidders, including through their counsel, shall be permitted to make any additional bids at the Auction.

4. Each Qualified Bidder and any Stalking Horse Bidder that desires to participate in the Auction shall have its Authorized Representative present for all bidding, with the understanding that (a) the true identity of each Qualified Bidder shall be fully disclosed to all other Qualified Bidders; and (b) all material terms, including but not limited to the amount of each bid, will be fully disclosed to all other bidders throughout the entirety of the Auction.

5. On or before the business day prior to the Auction, the Debtors will give the following parties a copy of any Stalking Horse Bid or the highest and best Qualified Bid received:
    (i) (any) Stalking Horse Bidder;
    (ii) all other Qualified Bidders;
    (iii) counsel for the Committee;
    (iv) counsel for the Senior Secured Lender; and
    (v) counsel for the Subordinated Noteholders.

6. Prior to the start of the Auction, the Authorized Representative of each Qualified Bidder shall certify, in writing, as follows:

(i) Each bid it makes at the Auction shall, if accepted by the Debtors, constitutes a binding and legally enforceable contract of the Qualifying Bidder to timely close a purchase of the Acquired Assets and the Assumption and Assignment of Assumed/Assigned Contracts and Leases according to the terms of the bid in the event an order of the Bankruptcy Court is entered approving a sale based upon such bid.

(ii) No bids made by the Qualifying Bidder, whether before, or during the Auction, shall be subject to any conditions or contingencies related to due

ORDER APPROVING BID PROCEDURES – Page 7

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

25-02182-WLH11    Doc 50    Filed 12/18/25    Entered 12/18/25 15:53:43    Pg 7 of 10

diligence, financing, or any other approval(s) other than Bankruptcy Court approval.

(iii)   The Authorized Representative present for the Qualified Bidder at the Auction has the full power and authority to act on behalf of and to legally bind such Qualified Bidder for any bids made, and any agreements entered into at or in connection with the Auction.

(iv)   Each Qualified Bidder that participates in the Auction, including any Stalking Horse Bidder, authorizes the Debtors to conditionally accept such Qualified Bidder's bid at the Auction as a back-up to the Successful Bid for the assets included in such bid, which shall become binding upon and enforceable against such Qualified Bidder, in the event the Successful Bid is approved by the Bankruptcy Court, but such Successful Bidder fails or otherwise refuses to close its purchase of the Acquired Assets for any reason other than a material failure of performance by the Debtors.

7. The Debtors shall have reasonable discretion with respect to the conducting of the Auction and, among other things, may announce at the Auction additional procedural rules that they determine to be reasonable under the circumstances (e.g., the amount of time allotted to make subsequent bids, revision of the Bid Increments, etc) for conducting the Auction so long as such additional rules are not inconsistent with these Bidding Procedures.

8. At the Auction, bidding shall begin with the highest and best Qualified Bid (the "Initial Bid" of the "Initial Bidder").
The Debtors will identify the Initial Bid at the beginning of the Auction. Any subsequent overbids (an "Overbid") must, for the first round of bidding, be at least $100,000.00 ("Bid Increments") more than the Initial Bid. Thereafter, each Overbid must be at least $100,000.00 more than the immediately preceding Overbid, unless the Overbid amount is reduced by Debtors, in their discretion, and publicly announced at the beginning of a new round of bidding.

9. All Overbids must be payable in cash.

10. The Stalking Horse Bidder shall be entitled to credit bid up to the amount of the Break-Up Fee, provided that the Stalking Horse Bidder shall recover

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

the sum of the Break-Up Fee directly from the Deposit(s) or sales proceeds paid by the Successful Bidder(s) in the event that the Bankruptcy Court enters a sale order authorizing a sale of the Debtors' assets to Successful Bidder(s) other than the Stalking Horse Bidder.

11. The Auction shall be recorded by stenographer or other reliable means of preserving the record of the Auction proceedings, and shall continue in one or more rounds of publicly announced bidding and shall conclude after each participating bidder has had the opportunity, within the time specified by the Debtors, to submit an additional Overbid.

12. For the purpose of evaluating the value of the consideration provided by each Overbid (including any Overbid by the Stalking Horse Bidder), the value shall be the net cash consideration payable to Debtors after giving effect to the Break-Up Fee that may be payable to the Stalking Horse Bidder and the contracts and leases and other liabilities of the Debtors that would be assumed or rejected by such bidder, as well as the assets to be excluded.

13. At the conclusion of the bidding, Debtors shall announce their determination of the Successful Bid(s) which shall be submitted to the Bankruptcy Court for approval at the Sale Hearing.

14. In determining the Successful Bid to submit to the Bankruptcy Court for approval, the Debtors, in consultation with their professionals, shall determine whether any Overbid constitutes a higher and better offer than the Initial Bid and any other Overbids. In making those determinations, the Debtors may consider any and all factors associated with all Overbids, including, but not limited to, the likelihood and ability of proposed buyer(s) to immediately consummate and close the proposed transactions, other timing issues, employment issues, overall value of Overbids, contracts and leases assumed under each Overbid and the impact of those issues on the estate and its creditors, liabilities assumed, and any other material factors. The highest and/or best offer as reasonably determined by Debtors to be the Successful Bid(s) shall be submitted to the Bankruptcy Court for approval at the Final Hearing, subject to the rights of parties in interest, including the Stalking Horse Bidder, to object to or challenge such determination.

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

15. If, following the entry of a Sale Order approving a sale to the Successful Bidder(s), such Successful Bidder(s) fail(s) or otherwise refuse(s) to consummate such sale(s), then the next highest or best Overbid(s), as determined by the Debtors, will stand as a back-up bid (the "Back-Up Bid" of the "Back-Up Bidder") and will be deemed to be the Successful Bidder and the Debtors will be obligated to effectuate a Sale to the Back-Up Bidder without further order of the Bankruptcy Court. If there are two Successful Bidders due to the sale of separate categories of assets at the Auction, then the Debtors shall determine if the next highest bid is a bid for all of the assets with that bid serving as the Back-Up Bid, or if there are multiple bids on the separate categories of assets being sold that, cumulatively, are the next highest bids and therefore each of those will serve as Back-Up Bids. All Back-Up Bids shall remain open until the earlier of thirty (30) calendar days following entry of the Sale Order or closing of a sale to a higher Successful Bidder (the "Back-Up Bid Expiration Date"). All Overbids (other than the Successful Bid(s) and the Back-Up Bid(s)) shall be deemed rejected by the Debtors on and as of the date of entry of the Sale Order by the Bankruptcy Court.

16. The Deposit of any Back-Up Bidder(s) shall be retained by the Debtors until the Back-Up Bid Expiration Date and returned to the Back-Up Bidder(s) within five (5) business days thereafter or, if a Back-Up Bid becomes a Successful Bid, shall be applied to the Purchase Price to be paid by the Back-Up Bidder in accordance with the terms of the Back-Up Bid.

17. The Successful Bidder(s)' Deposit(s), if not the Stalking Horse, shall be applied by the Debtors against the payment to the Stalking Horse Bidder of the Break-Up Fee, and then to the purchase price to be paid at closing of the transaction(s). In the Successful Bidder does not consummate the transaction by reason of its breach of the terms of the Overbid, such Deposit shall be retained by the Debtors.

18. Any party that submits a Deposit but otherwise fails to submit a Qualified Alternative Bid or that submits a Deposit and is not the Successful Bidder shall receive a refund of such Deposit as soon as practicable after closing of the transaction with the Successful Bidder(s) or any Backup Bidder.

ORDER APPROVING BID PROCEDURES – Page 10

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

25-02182-WLH11    Doc 50    Filed 12/18/25    Entered 12/18/25 15:53:43    Pg 10 of 10