ARMAND J. KORNFELD (WSBA #17214)   HONORABLE WHITMAN L. HOLT
AIMEE S. WILLIG (WSBA #22859)
SHANE E. CREASON (WSBA #63865)
BUSH KORNFELD LLP
601 UNION STREET, SUITE 5000
SEATTLE, WA 98101
(206) 292-2110
jkornfeld@bskd.com
awillig@bskd.com
screason@bskd.com
Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| In re | Chapter 11 |
|---|---|
| SUMMIT COLLECTIVE INCORPORATED et al., | Lead Case No. 25-02182-WLH11<br>Jointly Administered |
| Debtors.[1] | DEBTORS' PREHEARING STATUS REPORT |

The above-captioned debtors and debtors in possession (the "Debtors"), in accordance with the court's *Scheduling Order Setting Periodic Status Conferences and Omnibus Hearings* [ECF No. 48], provide the following written status report.

I.   STATUS REPORT

A.   **Status of Administration of the Debtors' Estates**

The Debtors commenced the above-captioned Chapter 11 cases on December 15, 2025. The Debtors are operating their businesses and managing their properties as debtors-in-possession pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code.

---

[1] The Debtors, along with their case numbers, are as follows: Summit Collective Incorporated (25-02182) ("Summit") and Rad Power Bikes Inc. (25-02183) ("RAD").

PREHEARING STATUS REPORT – Page 1

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

ja13mh010s

25-02182-WLH11    Doc 115    Filed 01/13/26    Entered 01/13/26 19:00:43    Pg 1 of 5

On December 18, 2025, the court held an emergency hearing on the Debtors' first-day emergency motions. At the hearing, the court granted each motion pursuant to orders as amended by the court. Specifically, as it relates to this status report, the court entered its *Interim Order Authorizing Use of Cash Collateral, Granting Adequate Protection, and Setting a Final Hearing* [ECF No. 49] (the "Interim Cash Collateral Order") and *Order Approving Bid Procedures* [ECF No. 50] (the "Bid Procedures Order"). The Interim Cash Collateral Order set the final hearing on the Debtors' use of cash collateral for January 30, 2026, at 3:00 p.m. Pacific Time. The Bid Procedures Order set forth various dates and deadlines, including the following:

| Event | Dates and Deadlines |
|---|---|
| Bid Deadline for All Bids Whether or Not there is a Stalking Horse Bid | Friday, January 16, 2026 5:00 p.m. Pacific Time |
| Deadline to Notify Qualified Bidders of Qualified Bids | Monday, January 19, 2026 5:00 p.m. Pacific Time |
| Auction (if necessary) | Thursday, January 22, 2026 |
| Deadline to file and serve on counterparties to Contract and Leases Notice of Auction Results with identification of Contract or Leases to be assigned. | First business day after conclusion of the Auction |
| Deadline for Objections to Sale | Wednesday, January 28, 2026 12:00 p.m. (Noon) Pacific Time |
| Sale Hearing | Friday, January 30, 2026 10:00 a.m. |

The Debtors are currently operating under the approved budget and proceeding in accordance with the dates and deadlines set forth in the Bid Procedures Order.

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

B. **Anticipated Motions or Other Relief Sought by the Debtors**

In addition to the final hearing on the Debtors' use of cash collateral and the dates and deadlines set forth in the Bid Procedures Order, the Debtors noted the following pending motions scheduled for hearing on January 14, 2026, and January 30, 2026:

**January 14, 2026, Hearing Calendar**

The Debtors and the United States Trustee arrived at an agreed order as to the Wilson Sonsini Application (defined below) which order has been submitted to the court for its consideration. The Debtors received no objections with respect to the remainder of the matters noted for the court's January 14, 2026 calendar and have therefore submitted orders as to the same for the court's consideration:

- *Debtors' Application to Employ Bush Kornfeld LLP as Bankruptcy Counsel* [ECF No. 53].

- *Debtors' Application for Order Authorizing Employment of the Stapleton Group, LLC as Financial Advisor* [ECF No. 58].

- *Debtors' Application to Employ Wilson Sonsini Goodrich & Rosati as Special Corporate Counsel* [ECF No. 56] ("Wilson Sonsini Application").

- *Debtors' Application for Order Authorizing Employment of Hilco Corporate Finance, LLC as Investment Banker* [ECF No. 54].

- *Debtors' Motion to Reject Non-Residential Real Property Leases and Abandon Property* [ECF No. 62].

- *Debtors' Motion for Order Establishing Procedures for Interim Payment of Fees and Costs to Professionals* [ECF No. 60].

- *Debtors' Motion for Order Determining that Turning Point, LLC is not a Professional* [ECF No. 64].

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

**January 30, 2026, Hearing Calendar**

- *Application for Order Authorizing Debtors' Employment of AMPACC Law Group PLLC as Special Counsel* [ECF No. 85].
- *Application for Order Authorizing Debtors' Employment of Barnes and Thornburg LLP as Special Counsel* [ECF No. 87].
- *Application for Order Authorizing Debtors' Employment of Haynes and Boone LLP as Special Counsel* [ECF No. 89].
- *Debtors' Motion to Reject Personal Property Lease* [ECF No. 91].
- *Debtors' Motion to Reject Contractor Contract* [ECF No. 95].
- *Debtors' Motion to Shorten Time for Hearing on Motion to Reject Contractor Contract* [ECF No. 96]

**C. Sale Process**

Since the hearing on the first day motions, the Debtors have been working with multiple parties interested in acquiring all or substantially all of the Debtors' assets as a going concern. No Stalking Horse Bid was designated. Pursuant to the Bid Procedures Order, the deadline for Qualified Bids is Friday, January 16, 2026. If the Debtors receive one or more Qualified Bids, an Auction is scheduled for Thursday, January 22, 2026.

**D. Other Matters of Which the Court Should be Aware**

As of the date of this status report, the Debtors do not know of any other matters of which the court should be aware.

## II. CONCLUSION

As stated above, the Debtors continue to operate their respective estates and are complying with the approved cash collateral budget and the dates and deadlines set forth

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

ja13mh010s

25-02182-WLH11    Doc 115    Filed 01/13/26    Entered 01/13/26 19:00:43    Pg 4 of 5

in the Bid Procedures Order. The Debtors anticipate appearing before the court on January 30, 2026, to seek approval of the sale.

DATED this 13th day of January, 2026.

BUSH KORNFELD LLP

By /s/ Armand J. Kornfeld
Armand J. Kornfeld, WSBA #17214
Aimee S. Willig, WSBA #22859
Shane E. Creason, WSBA #63865
Attorneys for Debtors

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104