ARMAND J. KORNFELD (WSBA #17214)
AIMEE S. WILLIG (WSBA #22859)
SHANE E. CREASON (WSBA #63865)
BUSH KORNFELD LLP
601 UNION STREET, SUITE 5000
SEATTLE, WA 98101
(206) 292-2110
jkornfeld@bskd.com
awillig@bskd.com
screason@bskd.com

HONORABLE WHITMAN L. HOLT

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>SUMMIT COLLECTIVE INCORPORATED et al.,<br><br>Debtors.[1] | Chapter 11<br><br>Lead Case No. 25-02182-WLH11<br>Jointly Administered<br><br>NOTICE OF:<br>(I) AUCTION RESULTS ; AND<br>(II) CONTRACT AND LEASE DESIGNATION PROCEDURE |

The above-captioned debtors and debtors in possession (the "Debtors") file this Notice of Auction and Lease Designation Procedure pursuant to the court's December 18, 2025, Order Approving Bid Procedures [ECF No. 50] ("Bid Procedures Order"). Capitalized terms not defined in this Notice have their meanings as set forth in the Bid Procedures Order or in the Successful Bidder Asset Purchase Agreement ("APA").

## I.  The Auction

On January 22, 2026, in accordance with the Bid Procedures Order, Hilco Corporate Finance, LLC, after an extensive marketing effort, conducted the Auction in person and via videoconference with the participation of five Qualified Bidders. At conclusion of the Auction, the Debtors declared Life Electric Vehicles Holdings Inc. the

---

[1] The Debtors, along with their case numbers, are as follows: Summit Collective Incorporated (25-02182) ("Summit") and Rad Power Bikes Inc. (25-02183) ("RAD").

NOTICE OF AUCTION RESULTS – Page 1

Successful Bidder for the Acquired Assets with the highest and best bid of $13,276,102 in cash, which, after accounting for assumption of liabilities, had a total value of $14,926,706; and Xander Bicycle Corporation as the Backup Bidder with the second highest and best bid of $13,000,000 in cash which, after accounting for assumption of liabilities, had a total value of $14,626,706. The Auction resulted in a substantial increase in both the cash component of the purchase price and the overall value, as the high bid at the beginning of the Auction was a cash purchase price of $8,000,000 with a total value of $9,726,706.

A. **Successful Bid - Summary of Material[2] Terms**
Cash Component of Purchase Price: $13,276,102
Acquired Assets:
    (a) all FF&E on Schedule 2.1(a);
    (b) all Inventory
    (c) all Intellectual Property;
    (d) all computers and software at the Acquired Locations;
    (e) all rights under the Assumed Executory Contracts and Leases;
    (f) all accounts receivable;
    (g) all deposits or prepayments relating to Assumed Executory Contracts and Leases;
    (h) any Non-Executory Contracts listed on Schedule 2.1(h) to the extent assignable
Assumed Liabilities:
    (1) all obligations and Cure Costs under Assumed Executory Contracts and Leases
    (2) all liabilities in connection with Inventory-In-Transit;
    (3) Warranty Claims;
    (4) any excise, sales, or other transfer tax as to sale of Acquired Assets
    (5) accrued vacation and/or PTO owed employees that Buyer hires
    (6) Gift Cards issued by Seller.
Covenant: Agreement by Debtor as Seller to not pursue rights, claims, causes of action, including avoidance claims, arising under Chapter 5 of the Bankruptcy Code against non-insiders of Seller without the prior written consent of Buyer.

---

[2] The summaries of material terms of the Successful Bid and the Backup Bid are summaries only. The Asset Purchase Agreements are attached as Exhibits A and B to the Supplemental Declaration of Angelina M. Smith filed contemporaneously with this Notice and may also be obtained by request to the undersigned.

ja22r501nq

25-02182-WLH11   Doc 144   Filed 01/23/26   Entered 01/23/26 16:58:53   Pg 2 of 6

<u>Excluded Asset:</u> cash
<u>Required Sale Order Free and Clear of Claims:</u> Entry of Sale Order approving the Sale of the Acquired Assets to Buyer free and clear of all Liens and Claims pursuant to Sections 105 and 363(f) of the Bankruptcy Code, confirming that Buyer is acquiring the Acquired Assets free and clear of the Unassumed Liabilities.
<u>Closing Date:</u> February 13, 2026 Target Date; no later than February 27, 2026, unless mutually agreed by the parties

**B.    Backup Bid - Summary of Material Terms**

<u>Cash Component of Purchase Price:</u> $13,000,000
<u>Acquired Assets:</u>
    (a) all machinery, vehicles, equipment
    (b) all Inventory
    (c) all Intellectual Property
    (d) all rights existing under the Assumed Executory Contracts
    (e) all Accounts Receivable
<u>Assumed Liabilities:</u>
    (1) all Warranty Claims
    (2) any excise, sales, or other transfer tax as to sale of Acquired Assets
    (3) accrued vacation and/or paid-time-off, if any, owed to any of Seller's employees that Buyer hires/retains; and
    (4) Gift Cards issued by Seller not to exceed $1,269,979.
<u>Covenant:</u> Agreement by Debtor as Seller to not pursue rights, claims, causes of action, including avoidance claims, arising under Chapter 5 of the Bankruptcy Code against non-insiders of Seller.
<u>Excluded Asset:</u> cash
<u>Required Sale Order Free and Clear of Claims:</u> Entry of Sale Order approving the Sale of the Acquired Assets to Buyer free and clear of all Liens and Claims pursuant to Sections 105 and 363(f) of the Bankruptcy Code, confirming that Buyer is acquiring the Acquired Assets free and clear of the Unassumed Liabilities.

The Debtors will seek approval of the Sale of the Acquired Assets to the Successful Bidder or the Back Up Bidder (if the Sale to the Successful Bidder does not close) at the sale hearing scheduled to be heard on Friday, January 30, 2026, at 10:00 a.m. Pacific Time. The Sale Hearing will be held telephonically. The telephone conference call-in is (877) 402-9757, Access Code: 9960114.

## II.
## Sale of Assets Free and Clear of All Claims, Liens, Encumbrances, and other Interests

As set forth in the Notice: (1) Sale Hearing; And (2) Potential Assumption and Assignment Of Executory Contracts And Unexpired Leases filed with the court on December 31, 2025 (ECF No. 83), the any and all sales of Rad Power Bikes, Inc.'s assets will[3] be **free and clear of claims** as defined in Section 101(5) of the Bankruptcy Code:

> (5) The term "claim" means—
>
> (A) right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured; or
>
> (B) right to an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured, or unsecured.

11 U.S.C. § 101.

Claims against Rad Power Bikes, Inc. and the Acquired Assets, as to which no buyer will have liability[3] include (but are not limited to) assertions, notices, actions, suits, rights, liens, debts, damages, judgments, orders, losses, costs, expenses, injuries, obligations, demands, including, but not limited to, all causes of action under any federal or state statutes, in common law or in equity, pecuniary or non-pecuniary, whether in tort, contract, strict liability or otherwise, whether now known or unknown, suspected or unsuspected, foreseen or unforeseen, direct or indirect, whether contingent, accrued or unaccrued, matured or unmatured, determined or determinable,

---

[3] Except as to any claims specifically and expressly assumed by any buyer.

disputed or undisputed, liquidated or unliquidated, or due or to become due or otherwise which have existed or may have existed of any kind or nature whatsoever, including all costs and expenses relating thereto (including all fees, disbursements and expenses of legal counsel, experts, engineers and consultants and costs of investigation).

### III. Assumption and Assignment of Designated Leases

#### A. Successful Bidder Designation of Lease For Assumption

The Successful Bidder APA provides for the Buyer's ability to designate (the "Designation Process") executory contracts (each a "Contract") and non-residential real property leases (each a "Lease") for assumption and assignment on or before March 6, 2026. During this Designation Period, the Debtors will continue to operate on premises subject to Leases and pay Lease obligations and other expenses. The Buyer is obligated to reimburse the Debtors for such actual expenses from Closing through the Buyer's delivery of its Designation to Seller. If Buyer fails to timely deliver the Designation to Seller, Buyer will have no right to the Debtors' assumption of and assignment to it of Contracts and Leases.

#### B. Payment In Full Through Assumption by Designation or Rejection

All Lease obligations will be paid in full through assumption of the Leases pursuant to the Designation Process or rejection as authorized by the court.

#### C. Notice of Contract and Lease Designation

Pursuant to the Designation Process, upon the Buyer's notification to the Debtors designating Contracts and Leases for assumption and assignment, the Debtors will notify counterparties to designated Contracts and Leases of the Designation and file a

Notice of Contract and Lease Designation with the court, with assumption and assignment effective as of the filing date.

**D.     Rejection By Separate Motion of Contracts and Leases Not Designated**

Contracts and Leases not identified in a Notice of Contact and Lease Designation will be subject to separate motion by the Debtors for rejection.

DATED this 23rd day of January, 2026.

BUSH KORNFELD LLP

By /s/ Armand J. Kornfeld
Armand J. Kornfeld, WSBA #17214
Aimee S. Willig, WSBA #22859
Shane E. Creason, WSBA #63865
Attorneys for Debtors

NOTICE OF AUCTION RESULTS – Page 6

25-02182-WLH11    Doc 144    Filed 01/23/26    Entered 01/23/26 16:58:53    Pg 6 of 6