James Zack, WSBA No. 48122
Ballard Spahr LLP
1301 Second Avenue, Suite 2800
Seattle, Washington 98101
Telephone: 206.223.7000
Facsimile: 206.223.7107
ZackJ@ballardspahr.com

HONORABLE WHITMAN L. HOLT

*Attorney for Life Electric Vehicles Holdings Inc., a Nevada corporation*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>Summit Collective, Inc., et al.,<br><br>Debtors[1]. | Chapter 11<br><br>Lead Case No. 25-02182-WLH11<br>Jointly Administered<br><br>**DECLARATION OF ROBERT PROVOST IN SUPPORT OF SALE OF ASSETS FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES** |

The undersigned makes the following Declaration under penalty of perjury as permitted by Washington law:

1. I am the CEO of Life Electric Vehicles Holdings Inc., a Nevada corporation (the "Buyer"). I am authorized by the Buyer to submit this Declaration. I am over eighteen (18) years of age and I am competent in all ways to testify. Unless otherwise stated, I make the following statements based on my personal knowledge.

2. On January 16, 2026, the Buyer submitted its Qualified Bid, as that term is defined in bidding procedures governing the sale of RAD's assets [ECF No. 50] (the "Qualified Bid"). RAD and the Buyer negotiated a form of Asset and

---

[1] The Debtors, along with their case numbers, are as follows: Summit Collective Incorporated (25-02182) ("Summit") and Rad Power Bikes Inc. (25-02183) ("RAD").

DECLARATION OF ROBERT PROVOST - 1

BALLARD SPAHR LLP
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
PHONE: 206.223.7000

Purchase Agreement (the "APA"), and following an auction (the "Auction"), RAD and the Buyer executed the APA dated January 22, 2026, as submitted by RAD in connection with its pending sale motion. The APA provides for the Buyer to acquire certain assets and assume certain liabilities in exchange for a cash purchase price of $13,276,102 (the "Purchase Price"), which, after accounting for assumption of liabilities, had a total value of $14,926,706, subject to Court approval.

3. The APA and the Purchase Price were negotiated at arms-length and in good faith, and were ultimately the result of a competitive bidding process and Auction.

4. The Buyer did not engage in any collusion with the Debtors, their representatives or agents, or other bidders (i) in connection with the Qualified Bid; (ii) in the negotiations of the APA; or (iii) in connection with the Auction. The Buyer did not enter into any agreement with another bidder to fix or otherwise control the Purchase Price.

5. The Buyer intends to promptly consummate the sale transaction described in the APA and agrees to pay the Purchase Price under the terms of the APA.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

EXECUTED at Deerfield Beach, Florida, this 26th day of January, 2026, by Robert Provost.

_____
Robert Provost

DECLARATION OF ROBERT PROVOST - 2

BALLARD SPAHR LLP
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
PHONE: 206.223.7000

25-02182-WLH11    Doc 155    Filed 01/27/26    Entered 01/27/26 10:48:28    Pg 2 of 2