ARMAND J. KORNFELD (WSBA #17214)     HONORABLE WHITMAN L. HOLT
AIMEE S. WILLIG (WSBA #22859)
SHANE E. CREASON (WSBA #63865)
BUSH KORNFELD LLP
601 UNION STREET, SUITE 5000
SEATTLE, WA 98101
(206) 292-2110
jkornfeld@bskd.com
awillig@bskd.com
screason@bskd.com
Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In re

SUMMIT COLLECTIVE INCORPORATED et al.,

Debtors.[1]

Chapter 11

Lead Case No. 25-02182-WLH11
Jointly Administered

DEBTORS' REPLY TO RESPONSE OF BANGKOK CYLCE INDUSTRIAL CO. LTD'S RESPONSE TO MOTION TO APPROVE SALE FREE AND CLEAR OF LIENS

The above-captioned debtors and debtors in possession (the "Debtors") reply to the Response of Creditor Bangkok Cycle Industrial Co., Ltd. ("BCI") To Motion To Approve Sale Free and Clear of Liens.

**A.    The Sale Maximizes the Value of the Estate's Assets**

BCI's Response focuses on the issue of maximizing the estate's assets. The evidence before the court overwhelmingly demonstrates that the proposed sale to the

---

[1] The Debtors, along with their case numbers, are as follows: Summit Collective Incorporated (25-02182) ("Summit") and Rad Power Bikes Inc. (25-02183) ("RAD").

DEBTORS' REPLY RE BANGKOK CYCLE– Page 1

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

25-02182-WLH11    Doc 164    Filed 01/29/26    Entered 01/29/26 11:40:37    Pg 1 of 4

Successful Bidder,[2] Life Electric Vehicles Holdings ("Life EV") (the "Sale") accomplishes that objective.

The Sale is a result of this court's approved Bid Procedures and related marketing and sale process designed to maximize the value of the estate's assets. *See* Order Approving Bid Procedures ("Bid Procedures") [ECF No. 50]. That approved process involved extensive marketing of the Debtors' assets to at least 159 parties, involved 49 interested parties executing NDAs and completing some level of diligence, and culminated in highly competitive bidding and an auction process that generated the highest value in terms of cash price and overall value. Declarations of Teri Stratton [ECF Nos. 15, 146].

As set forth in the (I) Notice of Auction Results; and (II) Contract and Lease Designation Procedure filed on January 23, 2026 [ECF No. 144] ("Notice of Auction") and the Declarations of Teri Stratton and Angelina M. Smith [ECF Nos. 15, 16, 146, 151], Hilco Corporate Finance, LLC ("Hilco") extensively marketed the estate's assets for sale. The process was governed by pre-auction Qualified Bidding requirements and extensive marketing to and negotiations with potential buyers including the terms of asset purchase agreements, all of which culminated in a robust Auction with five Qualified Bidders. The Auction began with an initial high Qualified Bid of a cash price of $8,000,000 with a total value of $9,726,706, including assumed liabilities. After numerous rounds of active bidding, Life EV had the highest and best bid with for the now proposed Sale, which includes a cash purchase price of $13,276,102 with a total

---

[2] Capitalized terms not defined in this Reply have their meanings as set forth in the December 18, 2025, Order Approving Bid Procedures [ECF No. 50] or in the Successful Bidder Asset Purchase Agreement ("APA").

DEBTORS' REPLY RE BANGKOK CYCLE– Page 2

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

ja28kp01es

25-02182-WLH11    Doc 164    Filed 01/29/26    Entered 01/29/26 11:40:37    Pg 2 of 4

value of $14,926,706, including specified assumed liabilities, such as specified warranty claims, gift cards/certificates, and transfer taxes related to the sale of assets to Life EV.

The Sale to Life EV provides the most value for the Debtors' assets available under any scenario. The Sale also provides the potential for continued employment for at least some of RAD's existing employees.

As reflected in the Debtors' Schedules, the senior secured lender, JP Morgan Chase, is owed $10,900,000 in principal, which excludes a fully collateralized letter of credit it has issued to a third party in the amount of $300,000. Proceeds of Sale will be sufficient to satisfy this obligation. In addition to the JP Morgan secured obligations, there is a group of secured noteholders holding notes with a face value of approximately $26 million.

**B. The Asset Purchase Agreement – Assets Sold**

The BCI Response suggests there is relevant information needed in the schedules to the Life EV APA. This is incorrect. As set forth in the Notice of Auction and as provided in the Successful Bidder APA, the identification of assets to be sold under the Life EV APA is clear: Life EV is purchasing <u>all</u> Inventory, <u>all</u> Intellectual Property, <u>all</u> Accounts Receivable, among other assets set forth under Section 2.1 of the APA.

The APA itself clearly identifies what is being sold and the terms. The itemization in schedules to the APA of clearly identified pools of assets or documents such as the form of a bill of sale or an assignment and assumption agreement are merely mechanical steps which take part at Closing. The schedules are not substantive and do not revise or add to the material terms of the APA.

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

C. **Contracts and Leases**

Counterparties to Assumed Executory Contracts and Leases were notified of potential assumption and assignment of contracts and leases as set forth in the Notice of (1) Sale Hearing; And (2) Potential Assumption and Assignment of Executory Contracts and Unexpired Leases filed on December 31, 2025 [ECF No. 83]. The APA provides for a post-closing Designation Period for Life EV's designation of contracts and leases, if any, to be assumed and assigned. Life EV is obligated to pay the expenses of the estate incurred to continue to operate leased locations during the Designation Period. Which contract and leases are designated by Life EV is neither additive nor relevant to the fact that the value of the assets of the estate has been maximized.

## CONCLUSION

The record demonstrates that the sale process was effective in maximizing the value of the assets of the estate. The Response should be overruled and the Sale approved.

DATED this 29th day of January, 2026.

BUSH KORNFELD LLP

By */s/ Armand J. Kornfeld*
Armand J. Kornfeld, WSBA #17214
Aimee S. Willig, WSBA #22859
Shane E. Creason, WSBA #63865
Attorneys for Debtors

DEBTORS' REPLY RE BANGKOK CYCLE– Page 4

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

ja28kp01es

25-02182-WLH11    Doc 164    Filed 01/29/26    Entered 01/29/26 11:40:37    Pg 4 of 4