# Notice Recipients

District/Off: 0980−2  User: notice  Date Created: 1/30/2026
Case: 25−02182−WLH11  Form ID: pdf002  Total: 1

**Recipients of Notice of Electronic Filing:**
aty   James B. Zack   zackj@ballardspahr.com

TOTAL: 1