ARMAND J. KORNFELD (WSBA #17214)  HONORABLE WHITMAN L. HOLT
AIMEE S. WILLIG (WSBA #22859)
SHANE E. CREASON (WSBA #63865)
BUSH KORNFELD LLP
601 UNION STREET, SUITE 5000
SEATTLE, WA 98101
(206) 292-2110
jkornfeld@bskd.com
awillig@bskd.com
screason@bskd.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| In re | Chapter 11 |
|---|---|
| SUMMIT COLLECTIVE INCORPORATED et al., | Lead Case No. 25-02182-WLH11 Jointly Administered |
| Debtors.[1] | DEBTORS' MOTION FOR ORDER ALLOWING SECURED CLAIM OF JPMORGAN CHASE, N.A. AND AUTHORIZING DISTRIBUTION OF SALE PROCEEDS |

The above-captioned debtors and debtors in possession (the "Debtors") move the court pursuant to Bankruptcy Code Section 506 for an Order allowing the secured claim of JPMorgan Chase, N.A. ("JPMorgan") and authorizing distribution of Sale Proceeds (defined below) in satisfaction of thereof. This motion is based on the files and records herein and the accompanying Declaration of Angelina M. Smith and the previously filed Declaration of Ms. Smith in support of the Debtors' Emergency Motions [ECF No. 16] ("Smith First Day Declaration").

---

[1] The Debtors, along with their case numbers, are as follows: Summit Collective Incorporated (25-02182) ("Summit") and Rad Power Bikes Inc. (25-02183) ("RAD").

DEBTORS' MOTION TO ALLOW AND PAY SECURED
CLAIM – Page 1

## A. AUCTION AND SALE

On January 30, 2026, the court approved the sale (the "Sale") of the Debtors' assets to Successful Bidder Life Electric Vehicles Holdings Inc. ("Buyer") and entered an Order Approving: Sale Of Assets Free And Clear Of Liens, Claims, Encumbrances And Assumption And Assignment Of Executory Contracts Unexpired Leases [ECF No. 180] ("Sale Order"). Closing of the sale is expected on February 13, 2026, pursuant to the terms of the January 22, 2026, Asset Purchase Agreement ("APA") attached as Exhibit A to the Sale Order. Smith Decl. Pursuant to Section 2.6 of the APA, the cash component of the purchase price for the assets is $13,276,102 ("Sale Proceeds").

## B. JPMORGAN CHASE SENIOR SECURED CLAIM

### 1. Loan Documents, Grant of Lien, Perfection

RAD is indebted to JPMorgan pursuant to that certain Amended and Restated Credit Agreement, (together with loan documents executed in connection therewith, the "Senior Credit Facility") dated as of December 17, 2021, as amended, under which JPMorgan extended a revolving term credit facility to RAD and RAD was indebted as of the Petition Date in the amount of $10.9 Million. Smith First Day Decl., Ex. A. To secure the Senior Credit Facility, RAD executed a Security Agreement dated as of December 17, 2021, granting JPMorgan a lien on all assets including accounts, inventory, equipment, patents, trademarks, and general intangibles. Smith First Day Decl., Ex B. JPMorgan filed an initial UCC1 as to all assets on January 22, 2021, Filing No. 20210577743, with an amendment as to the Debtor name filed in October 29, 2024, Filing No. 20247517954 and a continuation filed on August 25, 2025, Filing No. 20256222308. Smith First Day Decl., Ex. C.

## 2. Secured Claim

JPMorgan is owed (the "JPMorgan Secured Claim") $10,900,000 in principal as of January 30, 2026, with per diem interest in the amount of $2,119.44, and attorneys' fees up to $90,000 subject to final billing. Smith Decl. The Debtors have and will remain current on interest to JPMorgan pursuant to the cash collateral budgets approved in these cases. *Id.*

## B. SALE PROCEEDS AND DISTRIBUTION

The Debtors seek authority to pay in full the JPMorgan Secured Claim from the Sale Proceeds. After closing the Sale and paying the JPMorgan Secured Claim and estimated costs of sale and commissions, the estate will receive approximately $1,926,000[2] in net sales proceeds. In addition, the Debtors will retain all of their cash post-closing.[3] The current Cash Collateral Budget [ECF No. 179, Ex. A], which assumes ordinary course operations, projects a cash balance of $3,543,000 as of February 25, 2026, for total cash in the estate post-closing of the Sale of approximately $5,469,000.

The Debtors have remained current on all post-petition expenses set forth in the Cash Collateral Budget, which includes the funding of a 503(b)(9) Reserve, professional fees, and U.S. Trustee Fees. Smith Decl. In addition, post-closing of the Sale, many expenses in the Cash Collateral Budget will cease to be incurred as the Debtors will no longer be operating their business. *Id.* Line items such as Personnel,

---

[2] APA Section 2.6 $13,276,102 minus $10,900,000, minus Hilco Corporate Finance LLC commission of 3% on total value [ECF No. 55, Ex. A] on approximately $15 Million in value [Stratton Supp. Decl. ECF No. 146 at ¶ 9].

[3] APA Section 2.3(b) Excluded Assets.

Logistics/Tariffs, Marketing, and Facilities to name a few, will be reduced, and payments to JPMorgan will also be eliminated, which includes the line items "JPM Adequate Pro" and "JPM Pro Fees". In short, the estate's cash remains strong and the estate remains administratively solvent. *Id.*

## CONCLUSION

Based on the foregoing, the Debtors respectfully request an Order allowing the JPMorgan Secured Claim and authorizing distribution of Sale Proceeds to satisfy the claim.

DATED this 3rd day of February, 2026.

BUSH KORNFELD LLP
By /s/ Aimee S. Willig
Armand J. Kornfeld, WSBA #17214
Aimee S. Willig, WSBA #22859
Shane E. Creason, WSBA #63865
Attorneys for Debtors

ARMAND J. KORNFELD (WSBA #17214)  HONORABLE WHITMAN L. HOLT
AIMEE S. WILLIG (WSBA #22859)
SHANE E. CREASON (WSBA #63865)
BUSH KORNFELD LLP
601 UNION STREET, SUITE 5000
SEATTLE, WA 98101
(206) 292-2110
jkornfeld@bskd.com
awillig@bskd.com
screason@bskd.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| In re | Chapter 11 |
|---|---|
| SUMMIT COLLECTIVE INCORPORATED et al., | Lead Case No. 25-02182-WLH11<br>Jointly Administered |
| Debtors.[1] | {PROPOSED} ORDER ALLOWING SECURED CLAIM OF JPMORGAN CHASE, N.A. AND AUTHORIZING DISTRIBUTION OF SALE PROCEEDS |

This matter came before the court on the Motion of the above-captioned debtors and debtors in possession (the "Debtors") Motion For Order Allowing Secured Claim of JPMorgan Chase, N.A. and Authorizing Distribution of Sale Proceeds ("Motion"). Capitalized terms not defined in this Order have their meaning as set forth in the Motion. The court has reviewed the files and records herein and finds that cause exists for the relief requested.

Therefore, it is

---

[1] The Debtors, along with their case numbers, are as follows: Summit Collective Incorporated (25-02182) ("Summit") and Rad Power Bikes Inc. (25-02183) ("RAD").

{PROPOSED} ORDER– Page 1

**ORDERED as follows:**

1. The Motion [ECF No. ___] is granted.
2. The JPMorgan Secured Claim is allowed.
3. The Debtors are authorized to distribute the Sale Proceeds in satisfaction of the JPMorgan Secured Claim.

///End of Order///

Presented by:

BUSH KORNFELD LLP

By_____
Armand J. Kornfeld, WSBA #17214
Aimee S. Willig, WSBA #22859
Shane E. Creason WSBA #63865
Attorneys for Debtors

{PROPOSED} ORDER– Page 2