Mark c. McClure (WSBA #24393)
LAW OFFICE OF MARK MCCLURE, PS
1103 W Meeker St, Ste 101
Kent, WA 98032
Telephone: 253-631-6484
Email: mark@mcclurelawgroup.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In re:

SUMMIT COLLECTIVE, INC.et al.[1],

Debtor(s).

IN CHAPTER 11 PROCEEDING

Case No: 25-02182-WLH11

**OBJECTION TO PROCEDURAL SUFFICIENCY OF DECLARATION OF NO OBJECTION [DKT. 220] AND NOTICE OF COMPETING INTEREST**

Shannon Stephens, individually, and as Personal Representative of the Estate of Keith Stephens ("Stephens"), a creditor and party in interest, hereby objects to the Declaration of No Objection filed on February 13, 2026, regarding the Motion for Relief from the Automatic Stay filed by SAUSALITO BIKE RENTALS, LLC (the "Motion"). In support, Stephens states as follows:

---

[1] The Debtors, along with their case numbers, are as follows: Summit Collective Incorporated (25-02182) ("Summit") and Rad Power Bikes Inc. (25-02183) ("RAD")

**OBJECTION TO PROCEDURAL SUFFICIENCY OF DECLARATION OF NO OBJECTION [DKT. 220] AND NOTICE OF COMPETING INTEREST** --1

Law Office of Mark McClure, P.S.
1103 W Meeker St, Ste 101
Kent, WA 98032
(253) 631-6484

z:\legal ii\2026\bankruptcy\summit collective - rad power bikes inc\motions\motion for relief\procedural objection.doc

25-02182-WLH11    Doc 222    Filed 02/13/26    Entered 02/13/26 16:39:16    Pg 1 of 3

**1. Violation of Mandatory 14-Day Notice Period (LBR 4001-1).** The Motion was filed on February 5, 2026. Pursuant to **LBR 4001-1(a)(1)**, a party desiring relief from the automatic stay must provide at least **fourteen (14) days' notice** to all parties known to claim an interest in the subject property. As of the date of this filing (February 13th), only eight (8) days have elapsed. The Moving Party's "Declaration of No Objection" is premature, as the mandatory notice period does not expire until February 19, 2026.

**2. Calculation of Response Deadline (FRBP 9006).** Under the counting rules of **FRBP 9006(a)**, the deadline for this Motion is calculated as follows:

- **Day 0:** February 5 (Day of Filing/Event).
- **Days 1–14:** Count every day, including weekends and holidays.
- **The Prescribed 14-Day Deadline:** February 19.
- **Service Extension (FRBP 9006(f)):** If the Motion was served by mail or other non-electronic means, three (3) additional days are added to the prescribed period.
- **The "Roll Over" Rule:** The three-day extension would move the deadline to February 22. Because February 22, 2026, is a Sunday, the response period "continues to run until the end of the next day that is not a Saturday, Sunday, or legal holiday," making **Monday, February 23, 2026**, the effective deadline.

**2. Premature Presentation of Order (LBR 4001-1(f)).** Under **LBR 4001-1(f)**, a proposed order may only be presented *ex parte* if "no objection is timely filed and served".

**Disclosure of Competing Interests and "Limited Fund" Risk.** Stephens is a significant tort creditor with a claim exceeding **$20,000,000.00** arising from a January 3, 2025, battery fire and wrongful death (POC Pending). Stephens acknowledges receipt of a Commercial General Liability (Excess - Broad Form) policy (No. 57 ECS OF0AG5), indicating an attachment point in excess of a $500,000 Self-Insured Retention (SIR). However, it remains unconfirmed whether an

OBJECTION TO PROCEDURAL SUFFICIENCY OF DECLARATION OF NO OBJECTION [DKT. 220] AND NOTICE OF COMPETING INTEREST - 2

Law Office of Mark McClure, P.S.
1103 W Meeker St, Ste 101
Kent, WA 98032
(253) 631-6484

z:\legal ii\2026\bankruptcy\summit collective - rad power bikes inc\motions\motion for relief\procedural objection.doc

25-02182-WLH11    Doc 222    Filed 02/13/26    Entered 02/13/26 16:39:16    Pg 2 of 3

underlying Primary CGL policy exists. Allowing a single claimant to unilaterally access the insurance tower before the full scope of coverage is verified—and before the Bar Date has passed—prejudices Stephens. Additionally, there is at least one other tort claimant. A $1,000,000 claim was filed under POC #8. Moreover, on November 24, 2025, the U.S. Consumer Product Safety Commission (CPSC) issued a Safety Warning, which identified at least 31 reports of fires and explosions involving the Debtors' batteries. (See CPSC Warning No. 26-118)

**4. Conclusion.** Stephens respectfully requests that the Court decline to enter any order on the Motion until the 21-day objection period has fully run and a hearing can be held to address the equitable distribution of all tiers of the Debtors' insurance tower.

Dated: February 13, 2026

Law Office of Mark McClure, P.S.

/s/ Mark C McClure
Mark C. McClure, WSBA #24393
Attorney for Debtor(s)

OBJECTION TO PROCEDURAL SUFFICIENCY OF DECLARATION OF NO OBJECTION [DKT. 220] AND NOTICE OF COMPETING INTEREST - 3

Law Office of Mark McClure, P.S.
1103 W Meeker St, Ste 101
Kent, WA 98032
(253) 631-6484

z:\legal ii\2026\bankruptcy\summit collective - rad power bikes inc\motions\motion for relief\procedural objection.doc