ARMAND J. KORNFELD (WSBA #17214)   HONORABLE WHITMAN L. HOLT
AIMEE S. WILLIG (WSBA #22859)
SHANE E. CREASON (WSBA #63865)
BUSH KORNFELD LLP
601 UNION STREET, SUITE 5000
SEATTLE, WA 98101
(206) 292-2110
jkornfeld@bskd.com
awillig@bskd.com
screason@bskd.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re | Chapter 11 |
| SUMMIT COLLECTIVE INCORPORATED et al., | Lead Case No. 25-02182-WLH11 Jointly Administered |
| Debtors.[1] | NOTICE OF HEARING |

**PLEASE TAKE NOTICE** that the above-captioned debtors and debtors in possession have filed a Motion to Reject Contracts and Lease which is scheduled for hearing on Wednesday, April 22, 2026, at 2:00 p.m. Pacific Time: *Motion To Reject Contracts and Vehicle Lease* ECF No. 287. The Debtors seek to reject Contracts as defined in the Motion) as to which the services and a vehicle provided are not required for the Debtors' wind down of their estates.

Any party that wishes to appear at or attend the hearing may participate telephonically using the call-in instructions as follows:

**Telephone No.**: (877) 402-9757
**Access code:** 9960114

If you oppose the Motions, you must file your written response with the court clerk and deliver copies to the undersigned on or before April 16, 2026. Pursuant to LBR 2002-1(f)(1), any objection must briefly state the grounds for the objection. If you do not timely file a response or objection, the court may enter an order approving the applications without further notice to you.

---

[1] The Debtors, along with their case numbers, are as follows: Summit Collective Incorporated (25-02182) ("Summit") and New Summit Collective Inc. (25-02183).

NOTICE OF HEARING – Page 1

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

DATED this 25th day of March, 2026.

BUSH KORNFELD LLP

By */s/ Aimee S. Willig*
Armand J. Kornfeld, WSBA #17214
Aimee S. Willig, WSBA #22859
Shane E. Creason, WSBA 63865
Attorneys for Debtors

NOTICE OF HEARING – Page 2

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104